# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE REED,<br><br>        Plaintiff,<br><br>    v.<br><br>RODRIGUEZ, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:11-cv-00958-OWW-SKO PC<br><br>ORDER DISMISSING ACTION AS DUPLICATIVE OF CASE NUMBER 1:11-CV-00949-MJS PC<br><br>(Doc. 1) |

Plaintiff Curtis Lee Reed, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 13, 2011.  Plaintiff's complaint is identical to the complaint he filed in case number 1:11-cv-00949-MJS PC on June 10, 2011.

Accordingly, this action is HEREBY ORDERED dismissed as duplicative of case number 1:11-cv-00949-MJS PC.

IT IS SO ORDERED.

**Dated:   June 17, 2011**                    /s/ Oliver W. Wanger
                              UNITED STATES DISTRICT JUDGE

1